(AL-270)

# SETTLEMENT AND RELEASE AGREEMENT

WHEREAS, Choice Hotels International, Inc. (hereinafter "Choice") and DKS, LLC, Santokh Singh and Gurinder Dhillon (hereinafter "Franchisees") entered into a certain franchise agreement for a Quality Inn®, dated August 31, 2005 (hereinafter the "Franchise Agreement"); and

WHEREAS, Choice, on or about April 2, 2007, terminated the Franchise Agreement due, *inter alia*, to Franchisees' failure to pay when due monthly continuing franchise fees and other related fees as required by the Franchise Agreement; and

WHEREAS, Franchisees failed to pay all amounts due under the Franchise Agreement ("the Dispute"); and

WHEREAS, Choice subsequently filed a proceeding against Franchisees with the American Arbitration Association ("AAA") titled *Choice Hotels International, Inc. -And- DKS, LLC, Santokh Singh and Gurinder Dhillon*, Case No.: 16 114 00088 08 ("the Arbitration") in connection with the Dispute; and

WHEREAS, the parties desire to settle the Dispute and the Arbitration on the terms and conditions contained herein;

NOW, THEREFORE, in consideration of the premises and for other good and valuable consideration, the receipt and sufficiency of which is hereby expressly acknowledged by each of the undersigned, the parties hereby agree as follows:

1. Franchisees shall execute this Settlement and Release Agreement, along with a note in identical form to that attached hereto (hereinafter the "Note"), and shall provide the executed Settlement and Release Agreement and Note to counsel for Choice by February 21, 2008.

2. Franchisees agree to pay to Choice, by <u>certified or cashier's checks</u> made payable to "Choice Hotels International, Inc." and send to the attention of **Stuart Kreindler**, Choice Hotels International, Inc., 10750 Columbia Pike, Silver Spring, MD 20901, the sum of forty-five thousand dollars ($45,000.00), in satisfaction of its obligation pursuant to the Franchise Agreement in nine equal monthly installments of five thousand dollars ($5,000.00) per month, commencing on April 30, 2008 and, thereafter, on the 30st day of each month until the balance is paid in full, but no later than December 30, 2008.

3. Upon execution of the Settlement and Release Agreement and Note, Choice will notify AAA that its claim in Arbitration is withdrawn.

4. Franchisees warrant that neither they nor any of their agents, employees, heirs or successors in interest are currently using Choice's trademarks and service marks, and also covenant and warrant that they will not in the future use those marks in any fashion except pursuant to any franchise agreement which may be entered into with Choice in the future.

5. Except as expressly set forth in this Settlement and Release Agreement, each party does hereby release, acquit, exonerate and forever discharge the other party, its agents, employees, successors and assigns of and from all manner of action and actions, suits, debts, sums of money, accounts, reckonings, controversies, agreements, promises, claims and liabilities, whether in law or in equity, arising out of or based



EXHIBIT 4

upon the Franchise Agreement.

6. Franchisees' obligations to indemnify Choice and others pursuant to paragraph 13 of the Franchise Agreement and to maintain insurance for the benefit of Choice during the terms of the Franchise Agreement pursuant to paragraph 12 of the Franchise Agreement, regardless of whether the claim is asserted before or after the date upon which the Franchise Agreement was terminated, shall expressly survive the execution and delivery of this Settlement and Release Agreement.

7. The laws of the State of Maryland shall govern the validity and construction of any dispute arising out of or relating to this Settlement and Release Agreement, without regard to the principles of conflict of laws.

8. This Settlement and Release Agreement is contractual and not a mere recital, contains the full terms of the agreement and release and may not be changed orally. There is absolutely no agreement on the part of either party to this Settlement and Release Agreement to release or discharge any other party from any other indebtedness, claim or obligation other than expressly stated herein.

9. This Settlement and Release Agreement may be signed in any number of counterparts, each of which shall have the same legal effect as, and shall be considered, original agreements.

10. The terms of this Settlement and Release Agreement shall remain confidential and shall not be disclosed by any party hereto, or their agents, except to their accountants and attorneys, upon court order, as may be required by law, or to enforce the terms hereof.

11. In the event any party is required to incur legal expenses and costs due to a breach of this Settlement and Release Agreement and Note, the party prevailing in any action alleging breach of the Settlement and Release Agreement and Note may recover reasonable legal expenses and costs incurred in enforcing the Settlement and Release Agreement Note.

IN WITNESS WHEREOF, the parties have set their hands and seals this 20th day of 20 Feb 2008 (the "Effective Date").

CHOICE HOTELS INTERNATIONAL, INC., a Delaware corporation

_____ L.S.
Name: Bret Linnage
Title: Assistant General Counsel

WITNESS:

Dax Shem Singh

DKS, LLC, an Alabama limited liability company

Santokh Singh L.S.
By: Santokh Singh
Title: Managing Member

WITNESS:

_Darshan Sunh_

_Santokh Singh_ L.S.
Santokh Singh, Individually

WITNESS:

[signature]
2/20/08

_Gerder Dhillon_ s.
Girinder Dhillon, Individually

3