UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC.   :
:
          Plaintiff,   :
:
v.   : Civil Action No.
:
DKS, LLC, et al.   :
:
          Defendants   :

### AFFIDAVIT OF GERY F. BROWN

STATE OF MARYLAND    )
                                   )   TO WIT:
COUNTY OF MONTGOMERY  )

      I HEREBY CERTIFY that on this __16th__ day of __December__ 2010 before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Gery F. Brown, and made oath in due form of law as follows:

    1.    I have personal knowledge of all matters herein stated and I am competent to testify thereto.

    2.    I am currently a Director of Credit for Choice Hotels International, Inc. ("Choice") and have been employed by Choice since July 20, 1998.

    3.    I have read the complaint for confession of judgment filed in this action.

    4.    The matters and facts set forth in the complaint for confession of judgment are true and accurate.

    5.    I am familiar with the Settlement and Release Agreement (the "Settlement Agreement") dated February 20, 2008 between Choice and Defendants. A true copy of the

Settlement Agreement is attached to the complaint as Exhibit A.

6. I am familiar with the promissory note attached as Exhibit A to the Settlement Agreement in favor of Choice in the amount of $238,134.35 as payment in the event of a default under the Settlement Agreement ("the Promissory Note"). A true copy of the Promissory Note is attached to the complaint as Exhibit B.

7. The Promissory Note executed by Defendants contained a default provision which provided for payment of the principal amount of two hundred thirty-eight thousand, one hundred thirty-four dollars and thirty-five cents ($238,134.35), less any payments, plus interest from the date of default at the rate of ten percent (10%) per annum on the unpaid balance, along with fifteen percent (15%) of the principal and interest then due on the Promissory Note as an attorney's fee.

8. The Promissory Note executed by Defendants further provided that, in the event interest or principal were not paid when due, authority was given to an attorney-at-law to appear on behalf of Defendants in any court and waive the issue and service and process, and to further confess a judgment against them in favor of Choice for such amount as may be unpaid, together with costs and attorneys fees, and to further release all errors and waive all right of appeal.

9. Defendants have failed to pay the amount agreed to under the Settlement Agreement and are in default under the Promissory Note.

10. There remains due and owing to Choice on the Promissory Note the principal balance of two hundred thirty-three thousand, one hundred thirty-four dollars and thirty-five cents ($233,134.35), plus interest at the rate of 10% per annum from May 30, 2008 until December 30, 2010 in the amount of sixty-one thousand, nine hundred twenty dollars and forty-

eight cents ($61,920.48), plus additional interest at the rate of 10% per annum from December 31, 2010 until paid, along with an attorney's fee in the amount of 15% of the foregoing amount, equal to forty-four thousand, two hundred fifty-eight dollars and twenty-two cents ($44,258.22).

11. Upon information and belief, defendant Santokh Singh is a 44 year old businessman who was competent at the time those agreements were entered into.

12. Upon information and belief, defendant Gurinder Dhillon is a 53 year old businessman who was competent at the time those agreements were entered into.

13. The post office address of defendant DKS, LLC is c/o Walter A. Williams, Jr., Registered Agent, 517 Beacon Parkway W, Birmingham, Alabama 35209.

14. The post office address of defendant Santokh Singh is 6928 Saddle Horse Way, Citrus Heights, California 95621.

15. The post office address of defendant Gurinder Dhillon is 812 Sauceda Court, Modesto, California 95351.

_____
Gery F. Brown

Sworn to and subscribed before me this 16th day of December 2010.

_____
Notary Public