UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC.      :
                                        :
            Plaintiff,                  :
                                        :
v.                                      :   Civil Action No. RWT 10 CV 3541
                                        :
DKS, LLC, et al.                        :
                                        :
            Defendants                  :

## ORDER

Upon consideration of the complaint filed herein by plaintiff Choice Hotels International, Inc. ("Choice") for entry of judgment by confession against defendants DKS, LLC, Santokh Singh and Gurinder Dhillon, the Court having reviewed the complaint, the written instrument authorizing the confession of judgment and entitling Choice to damages, and the affidavit submitted by Choice in support of its complaint, it is by the Court this ____ day of _____ 2010

ORDERED, that judgment be, and the same hereby is, entered in favor of Choice. An order setting forth the terms of that judgment will be filed separately, which will be entered by the Clerk of the Court. It is further

ORDERED, that the Clerk of the Court issue a notice to the defendants pursuant to Local Civil Rule 108.1.C.

                                        _____
                                        Clerk, U.S. District Court for the
                                        District of Maryland

Copies to:

Kristen K. Bugel, Esquire
Choice Hotels International, Inc.
10750 Columbia Pike, Fifth Floor
Silver Spring, Maryland  20901

DKS, LLC
c/o Walter A. Williams, Jr., Registered Agent
517 Beacon Parkway W
Birmingham, AL 35209

Santokh Singh
6928 Saddle Horse Way
Citrus Heights, CA 95621

Gurinder Dhillon
812 Sauceda Court
Modesto, CA 95351