UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC.    :
:
        Plaintiff,    :
:   RWT 10 CV 3541
v.    :   Civil Action No.
:
DKS, LLC, et al.    :
:
        Defendants    :

## ORDER

Upon consideration of the complaint filed herein by plaintiff Choice Hotels International, Inc. ("Choice") for entry of judgment by confession, it appearing from the papers filed in this case that there was a voluntary, knowing and intelligent waiver by defendants DKS, LLC, Santokh Singh and Gurinder Dhillon ("Defendants") of the right to notice and a pre-judgment hearing on the merits of the claim, and it appearing further that there exists a meritorious claim on the part of Choice against Defendants for amounts due under the Promissory Note, a copy of which is attached to the complaint in this action, it is this _____ day of _____ 2010

ORDERED that judgment be, and the same hereby is, entered in favor of Choice Hotels International, Inc. and against defendants DKS, LLC, Santokh Singh and Gurinder Dhillon in the amount of two hundred thirty three thousand, one hundred thirty four dollars and thirty five cents ($233,134.35), plus interest at the rate of 10% per annum from May 30, 2008 until December 30, 2010 in the amount of sixty one thousand, nine hundred twenty dollars and forty-eight cents ($61,920.48), plus additional interest at the rate of 10% per annum from December 31, 2010 until

paid, along with an attorney's fee in the amount of 15% of the foregoing amount, equal to forty four thousand, two hundred fifty eight dollars and twenty-two cents ($44,258.22).

_____
Judge, U.S. District Court for the
District of Maryland

Copies to:

Kristen K. Bugel, Esquire
Choice Hotels International, Inc.
10750 Columbia Pike, Fifth Floor
Silver Spring, Maryland  20901

DKS, LLC
c/o Walter A. Williams, Jr., Registered Agent
517 Beacon Parkway W
Birmingham, AL 35209

Santokh Singh
6928 Saddle Horse Way
Citrus Heights, CA 95621

Gurinder Dhillon
812 Sauceda Court
Modesto, CA 95351