IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC.         \*

          Plaintiff(s)

          vs.

GURINDER DHILLON

          Defendant(s)

Civil Case No.: RWT 10 CV 3541

FILED / LOGGED / ENTERED / RECEIVED
DEC 20 2010
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### NOTICE OF ENTRY OF JUDGEMENT BY CONFESSION

**To The Above named Defendant:**

You are hereby notified that a Judgment by Confession has been entered against you in this Court. You have ___30___ days after service of this notice upon you to file a **written** motion to open, modify or vacate the Judgment. If you file such a motion, it must be filed in the **Office of the Clerk of the Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.** You are also required to serve a copy of such motion upon the attorney for plaintiff(s) as listed below:

    Kristen K. Bugel, Esq.
    Choice Hotels International, Inc.
    10750 Columbia Pike, Fifth Floor
    Silver Spring, MD  20901

FELICIA C. CANNON, CLERK

By: _____
**Deputy Clerk**

_____
**Date**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC.    *

   *

      **Plaintiff(s)**

   *   Civil Case No.:

    vs.   RWT 10 CV 3541

   *

SANTOKH SINGH

   *

      **Defendant(s)**

*******

## NOTICE OF ENTRY OF JUDGEMENT BY CONFESSION

**To The Above named Defendant:**

You are hereby notified that a Judgment by Confession has been entered against you in this Court. You have ____30____ days after service of this notice upon you to file a **written** motion to open, modify or vacate the Judgment. If you file such a motion, it must be filed in the **Office of the Clerk of the Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.** You are also required to serve a copy of such motion upon the attorney for plaintiff(s) as listed below:

        Kristen K. Bugel, Esq.
        Choice Hotels International, Inc.
        10750 Columbia Pike, Fifth Floor
        Silver Spring, MD 20901

                            FELICIA C. CANNON, CLERK

_____    By: _____
**Date**    **Deputy Clerk**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CHOICE HOTELS INTERNATIONAL, INC.  \*

\*

    **Plaintiff(s)**

\*      **Civil Case No.:**

vs.      **RWT 10 CV 3541**

\*

DKS, LLC

\*

    **Defendant(s)**

\*\*\*\*\*\*\*

## NOTICE OF ENTRY OF JUDGEMENT BY CONFESSION

**To The Above named Defendant:**

You are hereby notified that a Judgment by Confession has been entered against you in this Court. You have \_\_\_\_30\_\_\_\_ days after service of this notice upon you to file a **written** motion to open, modify or vacate the Judgment. If you file such a motion, it must be filed in the **Office of the Clerk of the Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.** You are also required to serve a copy of such motion upon the attorney for plaintiff(s) as listed below:

    Kristen K. Bugel, Esq.
    Choice Hotels International, Inc.
    10750 Columbia Pike, Fifth Floor
    Silver Spring, MD 20901

    FELICIA C. CANNON, CLERK

_____      By: _____
**Date**      **Deputy Clerk**